UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL L. LEE,<br><br>v.<br><br>GTE PLAN ADMINISTRATOR,<br><br>Defendant. | Civil Action 05-01701 (HHK) |

## ORDER

Under Rule 4(m) of the Federal Rules of Civil Procedure, if a civil action has not been served within 120 days of its filing, "the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified period of time." Over 120 days have passed since the filing of this action and it does not appear that it has been served.

Accordingly, it is this 6th day of February, 2006, hereby

**ORDERED** that the complaint in this case is **DISMISSED** without prejudice.

Henry H. Kennedy, Jr.
United States District Judge